# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIDEL CLARK, a/k/a, ROALSTON STEVENSON KINGSTON,** | : | CIVIL NO. 1:18-CV-688 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT KEVIN KAUFFMAN,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 14th day of January, 2019, upon consideration of defendant's motion (Doc. 13) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 13) to dismiss is GRANTED.

2. The complaint is DISMISSED in its entirety.

3. The petition (Doc. 15) for summary judgment is DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania